UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUAN DEHUMA,

               Plaintiff,                      No. C 07-6383 PJH (PR)

   vs.                              **ORDER OF DISMISSAL**

BOARD OF IMMIGRATION APPEALS-
INS, et al.,

               Defendants.
_____/

       This pro se civil rights action was filed on December 17, 2007. On that same day the court notified plaintiff that he had neither paid the filing fee nor applied for leave to proceed in forma pauperis ("IFP"). The court's form for applications to proceed IFP was included with the notice, along with a return envelope. Plaintiff has filed the application, but has not included a certified printout of transactions in his inmate account required by 28 U.S.C. § 1915(a)(2) and by page five of the form.

       Plaintiff's motion for leave to proceed IFP (document number 3 on the docket) is **DENIED**. This case is **DISMISSED** without prejudice. The clerk shall close this file.

       **IT IS SO ORDERED.**

Dated: January ⟨22⟩, 2008.

                              PHYLLIS J. HAMILTON
                              United States District Judge

G:\PRO-SE\PJH\CR.07\DEHUMA6383.DSIFP.wpd

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


JUAN DEHUMA,

        Plaintiff,

v.

BOARD OF IMMIGRATION et al,

        Defendant.

_____/

Case Number: CV07-06383 PJH

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 22, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Juan Dehuma D-84952
C.S.P. Solano II
14-C6L
P.O. Box 4000
Vacaville, CA 95696-4000

Dated: January 22, 2008

*Lashanda Scott*
Richard W. Wieking, Clerk
By: Lashanda Scott, Deputy Clerk