UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUAN DEHUMA,

        Plaintiff,

vs.

BOARD OF IMMIGRATION APPEALS-INS, et al.,

        Defendants.

No. C 07-6383 PJH (PR)

**JUDGMENT**

Pursuant to the order of dismissal signed today, a judgment of dismissal without prejudice is entered against plaintiff and in favor of defendants.

**IT IS SO ORDERED.**

Dated: January 22, 2008.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\CR.07\DEHUMA6383.JUD.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JUAN DEHUMA,

    Plaintiff,

v.

BOARD OF IMMIGRATION et al,

    Defendant.

Case Number: CV07-06383 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 22, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Juan Dehuma D-84952
C.S.P. Solano II
14-C6L
P.O. Box 4000
Vacaville, CA 95696-4000

Dated: January 22, 2008

Richard W. Wieking, Clerk
By: Lashanda Scott, Deputy Clerk