TO:     LASHANDA SCOTT,DEPUTY CLERK,ET AL COURT OFFICIALS.

FROM:   STATE PRISONER AND COMPLAINANT-JUAN DEHUMA,D-84952,C.S.P. SOLANO II,
        14-C6L, P. O. BOX 4000, VACAVILLE, CALIFORNIA 95696-4000.

RE.     DEHUMA-PLAINTIFF, VS. BOARD OF IMMIGRATION et al DEFENDANT,
        CASE NO.CV07-06383 PJH;ORDER OF DISMISSAL WITHOUT PREJUDICE
        PLAINTIFF HAS FILED THE APPLICATION,BUT HAS NOT INCLUDED A CER-
        TIFIED PRINTOUT OF TRANSACTIONS IN INMATE TRUST ACCOUNT.

**FILED**
JAN 2 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attention Ms.Lashanda Scott,Deputy Clerk et al.

Please know Mr.Dehuma humbly asks the court to permit him to maintain instant complaint under "Uniqe Circumstances" Level II Inmates on Yard III and Yard IV are on **T. B.** Quarantine as of January 20,2008 thru todate. The Medical Staff are busy doing **X-Rays,Testing** and prescribing medication for T. B.

Mr. Dehuma cannot leave his Building-(14)to see his Counselor to get the "Same" attached Trust Account printout as requested by Court Order.Mr.Dehuma will immediately go see Counselor to get the above certified printout when Medical Staff lift lockdown.

**NOTE:** Complainant asks the court to waive filing payment because he would be forced to surrender amenities of prison life.Mr.Dehuma do not have a history of frivolous repetitive filing.Under **FRANKLIN V.MURPHY**(9th Cir.1984) 745 F.2d 1221,1231-1232,the Court Order limited indigent's filing without charge to **Six Times** per year without leave of court is of uniqe circumstances here and said complaint should issue in the interest of justice and fairness. See **JONES V.ZIMMERMAN**(3rd Cir.1985)752 F.2d 76,79;**IN RE VEY**(1987)117 S.Ct. 1294.All and any money Mr.Dehuma receive is a gift from immediate family.

DATED: **JANUARY 27th 2008**               RESPECTFULLY SUBMITTED,

                                            /s/ Juan De Huma
                                            MEXICAN NATIONAL
                                            JUAN DEHUMA,D-84952
                                            IN PROPRIA PERSONA,

CC
JD
DRJ/MDH
D-21150
AS NEEDED

1.

STATE OF CALIFORNIA                                                                        DEPARTMENT OF CORRECTIONS AND REHABILITATION

# PROGRAM STATUS REPORT
## PART B – PLAN OF OPERATION / STAFF & INMATE NOTIFICATION

| INSTITUTION | EFFECTIVE DATE OF PLAN | PROGRAM STATUS NUMBER: |
|---|---|---|
| CSP-SOLANO | January 23, 2008 | SOL-January 19-08-003 |

| ☐ NORMAL PROGRAM | ☒ MODIFIED PROGRAM | ☐ LOCKDOWN | ☐ STATE OF EMERGENCY |
|---|---|---|---|
| ☐ INITIAL | ☒ UPDATE | | ☐ CLOSURE |

### RELATED INFORMATION (CHECK ALL THAT APPLY)

| AREA AFFECTED | INMATES AFFECTED | REASON |
|---|---|---|
| ☐ INSTITUTION | ☒ ALL | ☐ BATTERY: |
| ☒ FACILITY: III & IV | ☐ BLACK | ☐ DEATH |
| ☐ HOUSING UNIT: | ☐ WHITE | ☐ RIOT / DISTURBANCE |
| ☐ VOCATION: | ☐ HISPANIC: | ☐ GROUPING |
| ☐ EDUCATION: | ☐ OTHER | ☒ OTHER: Modified Medical Program |
| ☐ OTHER: | | |

| MOVEMENT | WORKERS | DAYROOM |
|---|---|---|
| ☐ NORMAL | ☐ CRITICAL WORKERS ONLY | ☒ NORMAL |
| ☒ ESCORT ALL MOVEMENT | ☒ CULINARY Facility IV only | ☐ NO DAYROOM ACTIVITIES |
| ☐ UNCLOTHED BODY SEARCH PRIOR TO ESCORT | ☐ CLERKS | ☐ MODIFIED |
| ☐ CONTROLLED MOVEMENT | ☐ VOCATION/EDUCATION | **RECREATION (YARD)** |
| ☐ OTHER: | ☐ CANTEEN | ☐ NORMAL |
| Escorts with N95 masks | ☐ CLOTHING ROOM | ☐ NO RECREATIONAL ACTIVITIES |
| **FEEDING** | ☐ RESTRICTED WORK PROGRAM | ☒ MODIFIED Resume Normal Yard activities |
| ☐ NORMAL | ☐ PORTERS | following TB testing (except Bldg. 14) |
| ☐ CELL FEEDING: | ☒ NO INMATE WORKERS: from Bld 14 | **CANTEEN** |
| ☒ CONTROLLED FEEDING IN DINING ROOM | **SHOWERS** | ☐ NORMAL |
| ☒ HOUSING UNIT/DORM AT A TIME | ☒ NORMAL | ☐ NO CANTEEN |
| ☐ DORM POD AT A TIME | ☐ ESCORTED | ☒ MODIFIED: Normal canteen following TB |
| ☐ TIER AT A TIME | ☐ ONE INMATE PER SHOWER – OWN TIER | testing (except Bldg. 14) |
| ☐ HOUSING UNIT SECTION AT A TIME | ☐ CELL PARTNERS TOGETHER – OWN TIER | **PACKAGES** |
| ☐ SACK MEAL BREAKFAST | ☐ SHOWERING BY GROUP: | ☐ NORMAL |
| ☒ SACK MEAL LUNCH | ☐ CRITICAL WORKERS ONLY | ☒ NO PACKAGES |
| ☐ SACK MEAL DINNER | ☐ NO SHOWERS | ☐ MODIFIED: |
| **DUCATS** | **MEDICAL** | |
| ☐ ALL DUCATS HONORED | ☐ NORMAL MEDICAL PROGRAM | **PHONE CALLS** |
| ☐ MEDICAL DUCATS ONLY | ☐ PRIORITY DUCATS ONLY | ☒ NORMAL |
| ☐ CLASSIFICATION DUCATS | ☐ INMATES ESCORTED TO SICK CALL | ☐ NO PHONE CALLS |
| ☐ PRIORITY DUCATS ONLY | ☒ EMERGENCY MEDICAL ONLY | ☐ MODIFIED |
| **VISITING** | ☐ OTHER | |
| ☐ NORMAL VISITING | | **RELIGIOUS SERVICES** |
| ☐ NON-CONTACT | | ☐ NORMAL |
| ☒ NO VISITING FOR LEVEL II | **LEGAL LIBRARY** | ☐ NO RELIGIOUS SERVICES |
| ☐ OTHER: | ☐ NORMAL | ☒ MODIFIED |
| | ☒ APPROVED COURT DEADLINES | Chaplains to visit buildings |

REMARKS: The program for Wednesday, January 23, 2008, for Facilities 3 and 4 shall be completely closed with the exception of Critical Culinary Workers (Facility 4 workers only). This program will be in effect while both facilities undergo TB testing for all Level II inmates. Once testing is complete, both facilities will return to Normal Program, with the exception of Building 14. The only exception will be that Level II inmates will not mix with Level III inmates on C-Side.

| PREPARED BY: *R. W. Cappel* | DATE | NAME / SIGNATURE (WARDEN) | DATE |
|---|---|---|---|
| R. W. CAPPEL, Facility Captain, Facility IV | 01/22/08 | D. K. SISTO, Warden | 1/22/08 |

2.

```
REPORT ID: TS3030 .701                                          REPORT DATE: 01/07/08
                                                                PAGE NO:           1
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                        CALIFORNIA STATE PRISON SOLANO
                        INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: OCT. 01, 2007 THRU JAN. 07, 2008

ACCOUNT NUMBER : D84952                 BED/CELL NUMBER: S314C 0000006L
ACCOUNT NAME   : DEHUMA, JUAN VILLEGAS      ACCOUNT TYPE: I
PRIVILEGE GROUP: B
                            TRUST ACCOUNT ACTIVITY
        TRAN
DATE    CODE  DESCRIPTION      COMMENT      CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
-----   ----  -----------      -------      ---------   --------   -----------   -------

10/01/2007    BEGINNING BALANCE                                                  408.95

10/16 FC03    DRAW-FAC 3       1384-2ND                              85.00       323.95
10/17 D300    CASH DEPOSIT     8288-1400                100.00                   423.95
11/13 FC03    DRAW-FAC 3       1759-2ND                              70.00       353.95
12/17 FR01    CANTEEN RETUR    702171                                 4.80-      358.15
12/17 D300    CASH DEPOSIT     8689-2173                100.00                   458.15
12/18 FC03    DRAW-FAC 3       2220-2ND                              50.00       408.15

                            TRUST ACCOUNT SUMMARY

  BEGINNING       TOTAL         TOTAL        CURRENT        HOLDS        TRANSACTIONS
   BALANCE       DEPOSITS     WITHDRAWALS    BALANCE       BALANCE       TO BE POSTED
  ---------      --------     -----------    -------       -------       ------------
   408.95         200.00        200.80        408.15         0.00            0.00


                                                                         CURRENT
                                                                        AVAILABLE
                                                                         BALANCE
                                                                        ---------
                                                                         408.15
```

3.

# PROOF OF SERVICE BY MAIL

## BY PRISONER "IN PRO PER"

I hereby certify that I am over the age of 18 years of age, that I am representing myself, and that I am a prison inmate.

My prison address is: **MEXICAN NATIONAL**
**JUAN DEHUMA, D-84952**
California State Prison - Solano
Housing: **14-C6L**
P.O. Box 4000
Vacaville, California 95696-4000

On the "*date*" specified below, I served the following document(s) on the parties listed below by delivering them in an envelope to prison authorities for deposit in the United States Mail pursuant to the "Prison Mailbox Rule":

Case Name: **DEHUMA V. BOARD OF IMMIGRATION**    Case #: **CV07-06383**
**APPEALS-INS, et al DEFENDANTS,**
Document(s) Served: _____

**RE: ORDER OF DISMISSAL WITHOUT PREJUDICE; PLAINTIFF HAS NOT IN-**
**CLUDED A CERTIFIED PRINTOUT OF TRUST ACCOUNT TRANSACTIONS AND**
**UNIQE CIRCUMSTANCES EXIST-YARDS 3 AND 4 ON LOCKDOWN-T.B. TESTING.**
The envelope(s), with postage fully pre-paid or with a prison Trust Account Withdrawal Form attached pursuant to prison regulations, was/were addressed as follows:

LASHANDA SCOTT, DEPUTY CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed on **JANUARY 27th 2008**, in Vacaville, California.

"*date*"

Signature: *Juan de Huma*

Printed Name: **JUAN DEHUMA, D-84952**

4.